FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 13 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23 CR 856 MLG |
| ) | |
| vs. ) | 18 U.S.C. §§ 111(a) and (b): Assault Upon |
| ) | a Federal Employee Inflicting Bodily |
| **ALEX SERTUCHE**, ) | Injury. |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about May 4, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **ALEX SERTUCHE**, forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with John Doe, an officer and employee of Cibola County Correctional Center, while John Doe was assisting officers and employees of the United States Marshals Service in the performance of official duties and on account of that assistance, and in the commission of such acts inflicted bodily injury by punching John Doe in the face.

In violation of 18 U.S.C. §§ 111(a) and (b).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney